IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 14-cr-00336-RM-5

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  EMILIO HERRERA-MACIAS,

    Defendant.

_____

**ORDER REGARDING CUSTODY OF HEARING EXHIBITS**
_____

    IT IS ORDERED that counsel for the government shall retrieve from Chambers within three (3) days, and thereafter retain custody of their exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

    DATED this 27th day of April, 2016.

                                         BY THE COURT:

                                         _____
                                         RAYMOND P. MOORE
                                         United States District Judge