# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: April 27, 2016 |
| Court Reporter: Tammy Hoffschildt | Interpreter: Susana Cahill |
| Probation Officer: N/A | and Ellen Klaver |

**Criminal Case No.   14-cr-00336-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Susan "Zeke" Knox |
| | Celeste B. Rangel |
| Plaintiff, | |
| v. | |
| **5. EMILIO HERRERA-MACIAS**, | Mark C. Johnson |
| Defendant. | |

## COURTROOM MINUTES

**MOTIONS HEARING**

**COURT IN SESSION:**      9:03 a.m.

Appearances of counsel.  Present with Ms. Knox and Ms. Rangel at counsel table is Robert Fuller.  Defendant is present and in custody.

9:07 a.m.     Interpreter, Susana Cahill, sworn (Spanish).

9:08 a.m.     Government's witness **Robert A. Fuller** sworn.

　　　　　　Direct examination by Government by Ms. Rangel.
　　　　　　**Exhibits Identified:  1, 1A, 2**

**Exhibits 1, 1a, 2 RECEIVED.**

9:14 a.m.     Cross examination by Defendant by Mr. Johnson.

| | |
|---|---|
| 9:22 a.m. | Interpreter, Ellen Klaver, sworn (Spanish). |
| 9:22 a.m. | Cross examination by Defendant by Mr. Johnson. |
| 9:35 a.m. | Government rests. |
| 9:36 a.m. | Argument by Defendant by Mr. Johnson. |
| 9:39 a.m. | Argument by Government by Ms. Rangel. |
| | Court makes findings. |
| **ORDERED:** | Defendant Emilio Herrera-Macias' Motion to Suppress Statements [ECF Doc. No. 315], filed July 15, 2015, is **DENIED.** |
| 9:54 a.m. | Discussion held and argument given regarding pending motions. |
| **ORDERED:** | Defendant Emilio Herrera-Macias' Motion for Bill of Particulars [ECF Doc. No. 474], filed February 17, 2016, is **DENIED.** |
| **ORDERED:** | Defendant Emilio Herrera-Macias' Motion Seeking Disclosure of Other Crimes, Wrongs, or Acts Pursuant to Rule 404(b) [ECF Doc. No. 471], filed February 17, 2016, is **GRANTED.** |
| **ORDERED:** | Government shall turn over Rule 404(b) evidence to Defendant **not later than 60 days prior to trial.** |
| **ORDERED:** | Defendant Emilio Herrera-Macias' Motion Seeking a Pre-Trial Determination of 801(d)(2)(E) Material and Impeachment Evidence as to Each of the Government's Declarants [ECF Doc. No. 470], filed February 17, 2016, is **GRANTED IN PART and DENIED IN PART.** |
| **ORDERED:** | Government shall file its James Proffer and log not later than **Monday, June 13, 2016.** |
| **ORDERED:** | Defendants Lloyd Burns, Emilio Herrera-Macias, and Jeffery Silleman shall file objections to the Government's James Proffer and log not later than **Thursday, July 28, 2016.** |
| **ORDERED:** | Defendant Emilio Herrera-Macias' Motion for Early Production of All *Jencks* Materials [ECF Doc. No. 473], filed February 17, 2016, is **GRANTED.** |
| **ORDERED:** | Government shall produce *Jencks* materials **not later than 60 days prior to trial.** |

**ORDERED:**  Defendant Emilio Herrera-Macias' Motion for Production of Negative Exculpatory Statements Under Brady v. McVeigh [ECF Doc. No. 469], filed February 17, 2016, is **GRANTED IN PART and DENIED IN PART.**

**COURT IN RECESS:**     10:23 a.m.

**COURT IN SESSION.**    10:38 a.m.

10:42 a.m.    Further discussion held and argument given regarding pending motions.

**ORDERED:**  Defendant Emilio Herrera-Macias' Motion to Suppress Wiretaps Based Upon Failure to Establish Necessity [ECF Doc. No. 467], filed February 17, 2016, is **DENIED.**

**ORDERED:**  Defendant Emilio Herrera-Macias' Motion for Release of Brady Materials to Support a Challenge Pursuant to Franks v. Delaware [ECF Doc. No. 468], filed February 17, 2016, is **DENIED.**

11:26 a.m.    Discussion regarding setting a status conference the week of May 9-13, 2016 for the purpose of setting a trial date.

**ORDERED:**  Status conference as to Defendants Lloyd Burns, Emilio Herrera-Macias, and Jeffery Silleman is set for **Thursday, May 12, 2016, at 10:00 a.m., in Courtroom A-601.**

**ORDERED:**  Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Clerk's Note:  Exhibits were returned to counsel at the conclusion of the hearing.**

**COURT IN RECESS:**     11:30 a.m.

**Hearing concluded.**
**Total in court time:  2:12**